No. 21-12314

In the
# United States Court of Appeals for the Eleventh Circuit

**NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., ET AL.,**

*Appellants*,

v.

**RICK SWEARINGEN, in his official capacity as Commissioner of the Florida Department of Law Enforcement,**

*Appellee.*

On Appeal from the United States District Court
for the Northern District of Florida
Case No. 4:18-cv-00137-MW-MAF

**UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED APPELLANTS' OPENING BRIEF**

John Parker Sweeney
James W. Porter, III
Marc A. Nardone
Connor M. Blair
Bradley Arant Boult Cummings LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Telephone: (202) 393-7150
jsweeney@bradley.com

*Counsel for Appellants*

Pursuant to Local Rule 27(c), Appellants move for leave to file a corrected opening brief to correct the date on which the District Court entered judgment in this case. Appellants' opening brief incorrectly stated that judgment was entered on June 4, 2021. Judgment was in fact entered on June 24, 2021. *See* Appellants' Appendix, at 236 (Judgment, ECF No. 138.) This error is on page 1 of Appellants' opening brief. A proposed corrected opening brief is attached as <u>Exhibit 1</u>.

Counsel for Appellants have conferred with counsel for Appellee, and counsel for Appellee do not oppose this motion.

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

I certify that the following trial judges, attorneys, persons, associations of persons, firms, partnerships, and corporations have an interest in the outcome of this case or appeal:

1. Baum, Christopher J. (Counsel for Appellee)

2. Bell, Daniel (Counsel for Appellee)

3. Blair, Connor M. (Counsel for Appellants)

4. Bradley Arant Boult Cummings LLP (Law Firm Representing Appellants)

5. Fant, Radford (Appellant)

6. Fitzpatrick, Martin A., Hon. (Magistrate Judge Below)

7. Golembiewski, Kevin (Counsel for Appellee)

8. Nardone, Marc A. (Counsel for Appellants)

9. National Rifle Association of America, Inc. (Appellant)

10. Newhall, Timothy (Counsel for Appellee)

11. Percival, James H. (Counsel for Appellee)

12. Porter, James W. (Counsel for Appellants)

13. Swearingen, Rick, in his official capacity as Commissioner of the Florida

14. Sweeney, John Parker (Counsel for Appellants)

15.  Teegen, Elizabeth (Counsel for Appellee)

16.  Walker, Mark E., Hon. (Chief United States District Judge Below)

17.  Whitaker, Henry (Counsel for Appellee)

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that this Motion complies with Federal Rules of Civil Procedure 27. The undersigned counsel also certifies that this Brief complies with the typeface and type-style requirements of Eleventh Circuit Rule 32 and Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it has been prepared in a proportionally-spaced typeface using Microsoft Office Word in 14-point Times New Roman font.

Dated: August 18, 2021                                   Respectfully submitted,

                                                        */s/ John Parker Sweeney*
                                                        John Parker Sweeney
                                                        *Counsel for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2021, I filed the foregoing with the Clerk of the Court via CM/ECF, which will electronically serve all counsel of record. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: August 18, 2021                         Respectfully submitted,

*/s/ John Parker Sweeney*
John Parker Sweeney
*Counsel for Appellants*