IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-12314-HH

_____

NATIONAL RIFLE ASSOCIATION,
RADFORD FANT,

                                            Plaintiffs - Appellants.

versus

PAM BONDI,
In her official capacity as Attorney General of Florida, et al.,

                                            Defendants,

COMMISSIONER, FLORIDA DEPARTMENT
OF LAW ENFORCEMENT,

                                            Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ORDER:

Appellant's "Motion To Substitute, Add, Or Intervene; And To Supplement The Record On Appeal" is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION