IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-12314-HH

_____

NATIONAL RIFLE ASSOCIATION,
RADFORD FANT,

                                                 Plaintiffs - Appellants.

versus

PAM BONDI,
In her official capacity as Attorney General of Florida, et al.,

                                                 Defendants,

COMMISSIONER, FLORIDA DEPARTMENT
OF LAW ENFORCEMENT,

                                                 Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION