# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 05, 2023

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 21-12314-HH
Case Style: National Rifle Association, et al v. Commissioner, Florida Dept. of Law Enforcement
District Court Docket No: 4:18-cv-00137-MW-MAF

The enclosed order has been ENTERED. The record is supplemented with Brooke Stefano's declaration.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action