# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-12314

_____

NATIONAL RIFLE ASSOCIATION,
RADFORD FANT,

                                                          Plaintiffs-Appellants.

*versus*

PAM BONDI,
In her official capacity as Attorney General of Florida, et al.,

                                                          Defendants,

COMMISSIONER, FLORIDA DEPARTMENT
OF LAW ENFORCEMENT,

                                                          Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:18-cv-00137-MW-MAF

_____

ORDER:

Appellants' "Motion to Substitute or Intervene; and to Supplement the Record on Appeal" is GRANTED.

/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE