UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 21, 2023

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 21-12314-U
Case Style: National Rifle Association, et al v. Commissioner, Florida Dept. of Law Enforcement
District Court Docket No: 4:18-cv-00137-MW-MAF

For purpose of the upcoming en banc rehearing in the above referenced case, the court desires for counsel to focus their briefs on the following issue:

"Is the statute unconstitutional under the Second and Fourteenth Amendments to the Constitution?"

The Appellants' en banc brief is due forty (40) days after the Supreme Court issues an opinion in *United States v. Rahimi*, No. 22-915. The Appellee's en banc brief is due 30 days after the filing of the appellant's brief. The Appellants may file a reply brief within 21 days of the filing Appellee's brief. **NO EXTENSIONS WILL BE GRANTED**. Please see FRAP 28 and 32 and the corresponding circuit rules for information on the form of the briefs. Fifteen (15) copies of the en banc briefs shall be filed. Counsel is not required to submit the additional copies of the previous filed briefs.

The filing of an en banc amicus brief is governed by 11thCir.R.35-8.

Oral argument will be set by a separate order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

BR-1CIV Civil appeal briefing ntc issued