UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 24, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 21-12314-U
Case Style: National Rifle Association, et al v. Commissioner, Florida Dept. of Law Enforcement
District Court Docket No: 4:18-cv-00137-MW-MAF

## EN BANC BRIEFING NOTICE

In light of the Supreme Court's ruling in *United States v. Rahimi*, No. 22-915, the parties are reminded to file their en banc briefs on the following issue:

> **"Is the statute unconstitutional under the Second and Fourteenth Amendments to the Constitution?"**

The appellants' en banc brief is due **July 31, 2024**. The appellee's en banc brief is due **August 30, 2024** and any en banc reply brief is due on **September 20, 2024**. **NO EXTENSIONS WILL BE GRANTED.**

Form
Please see FRAP 28 and 32 and the corresponding circuit rules for information on the form of briefs. The filing of an en banc amicus brief is governed by 11thCir.R.35-8.

Paper Copies
All parties must file 10 briefs in paper. Counsel is not required to submit the additional copies of the previous filed briefs.

Oral argument will be held the held the week of October 21, 2024 in Atlanta, Georgia.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |