# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

September 10, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 21-12314-U
Case Style: National Rifle Association, et al v. Commissioner, Florida Dept. of Law Enforcement
District Court Docket No: 4:18-cv-00137-MW-MAF

Acknowledgement Required
**Counsel must acknowledge receipt of the attached calendar by docketing the *"Calendar Receipt Acknowledged"* event in ECF.**

Oral Argument Calendar and Location
The Court has determined that the cases listed on the attached calendar are to be orally argued during the week of 10/21/2024 in Atlanta, Georgia. Counsel for each party must present oral argument unless excused by the Court for good cause shown. *As of the date of this letter, any change in or addition to counsel in this appeal requires leave of the Court. See 11th Cir. R. 34-4(e)*

Electronic Devices
Please see the Court's Portable Electronic Devices Policy regarding the possession and use of electronic devices https://www.ca11.uscourts.gov/court-policies.

Tuttle Courthouse Security Procedures
All visitors to the Elbert P. Tuttle Courthouse in Atlanta must enter the courthouse through the security vestibule at the Forsyth Street entrance. Court Security Officers will instruct visitors regarding security procedures. Please allow sufficient time for the security screening process.

Amicus Curiae
An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).

Questions
If you have questions or concerns, please contact the Calendaring/Court Sessions Section in Atlanta, Georgia at (404) 335-6141.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CAL-1 Oral Argument Calendar Issued