# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 a.m.** on the day of the hearing<br><br>Clerk's Office<br>56 Forsyth Street, N.W.<br>Atlanta, Georgia  30303<br>(404) 335-6131 | HEARING LOCATION<br><br>Courtroom 338<br>Elbert P. Tuttle United States Court of Appeals Building<br>56 Forsyth Street, N.W.<br>ATLANTA, GEORGIA<br><br>COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |

_____

The court has determined that the case listed below is to be orally argued before the Court sitting en banc on **Tuesday, October 22, 2024** commencing at **9:00 a.m**.  Each side will be allotted 20 (twenty) minutes per side.  Counsel presenting oral argument should appear in person at the Clerk's Office, Elbert Parr Tuttle U.S. Court of Appeals Building, 56 Forsyth Street, N.W., Atlanta, Georgia, **by no later than 8:30 a.m. on the day of argument.**

### BEFORE THE COURT SITTING EN BANC

21-12314          National Rifle Association, et al., Appellants v. Commissioner, Florida Department of Law Enforcement

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
09/10/2024 - EB