UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 26, 2024

Christopher John Baum
Attorney General's Office
1 SE 3RD AVE STE 900
MIAMI, FL 33131

John Parker Sweeney
Bradley Arant Boult Cummings, LLP
1615 L ST NW STE 1350
WASHINGTON, DC 20036

Appeal Number: 21-12314-U
Case Style: National Rifle Association, et al v. Commissioner, Florida Dept. of Law Enforcement
District Court Docket No: 4:18-cv-00137-MW-MAF

Counsel are directed to be prepared to address the appropriate standard by which we adjudicate claims that a statute facially violates the rights that the Second and Fourteenth Amendments secure. Specifically, the parties should be prepared to address the significance of any overlap between Fla. Stat. § 790.065(13) and other presumably constitutional laws that impose limits on gun ownership.

In addition, appellants National Rifle Association and Brooke Stefano are directed to address any potential mootness issues, including whether Fla. Stat. § 790.065(13) still bars Ms. Stefano from purchasing firearms in the State of Florida because she is still younger than 21 years of age, and whether it will continue to bar Ms. Stefano from purchasing firearms in the State of Florida through the pendency of the appeal. And if this matter is or is about to become moot with respect to Ms. Stefano, appellants are directed to inform us of whether they intend to correct that situation.

Clerk's Office Phone Numbers
General Information:      404-335-6100     Attorney Admissions:     404-335-6122
Case Administration:      404-335-6135     Capital Cases:           404-335-6200

CM/ECF Help Desk:  404-335-6125   Cases Set for Oral Argument:  404-335-6141

LetterHead Only