OFFICE OF THE ATTORNEY GENERAL
Christopher J. Baum, B.C.S.
Senior Deputy Solicitor General

PL-01 The Capitol
Tallahassee, FL 32399-1050
Phone (850) 414-3300
Fax (850) 410-2672
*christopher.baum@myfloridalegal.com*

**ASHLEY MOODY**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

November 7, 2024

VIA CM/ECF

Mr. David J. Smith
Clerk of Court
U.S. Court of Appeals for the 11th Circuit
56 Forsyth St., N.W.
Atlanta, GA 30303

Re:  *National Rifle Association v. Swearingen*, No. 21-12314 (en banc)

Dear Mr. Smith:

Appellee hereby submits this Notice of Supplemental Authority. *Rocky Mountain Gun Owners v. Polis*, No. 23-1251, --- F.4th --- (10th Cir. Nov. 5, 2024).

In *Polis*, the Tenth Circuit dissolved a preliminary injunction against Colorado Senate Bill 23-169, which raised the age to purchase a firearm in Colorado from 18 to 21 by barring sale to and purchase by those under 21. Op. 4–5.

The court held that the plaintiff had not shown a likelihood of success on the merits of his Second Amendment challenge. Op. 59. In the Tenth Circuit's view, "a minimum age requirement of 21 is a nondiscretionary condition or qualification on the commercial sale of arms." Op. 47–48.

The court rejected some of Appellants' arguments here, including the "notion that the minimum age for purchasing a firearm should automatically mirror the minimum voting age" and that "the age at

which most states currently set the age of majority . . . is the *only* appropriate minimum firearm purchase age." Op. 51–52. In so doing, the court relied in part on the age of majority at the Founding and the legal limitations on those under 21 existing at the time. Op. 52–53. It also explained that states retain the legislative authority to change the age of majority for various activities. Op. 54–55.

The arguments that the Tenth Circuit accepted are different than those advanced by Appellee. The case nonetheless belies Appellants' claim that every circuit court to have reached the question has rejected restrictions on those under 21 and it relies on some of the same Founding-era evidence Appellee relies on here.

Respectfully submitted.

*/s/ Christopher J. Baum*
Christopher J. Baum, B.C.S.

*Counsel for Appellee*

cc: (via CM/ECF): All counsel

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, I electronically filed the foregoing notice with the Clerk of Court by using the Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Christopher J. Baum*
Christopher J. Baum, B.C.S.
