No. 21-12314

# In the United States Court of Appeals for the Eleventh Circuit

NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., ET AL.,

*Appellants,*

v.

COMMISSIONER, FLORIDA DEPARTMENT OF LAW ENFORCEMENT,

*Appellee.*

**MOTION TO WITHDRAW AS COUNSEL**

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
CASE NO. 4:18-CV-137

JAMES UTHMEIER
*Attorney General*

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 414-2672 (fax)
*jeffrey.desousa@myfloridalegal.com*

JEFFREY P. DESOUSA
  *Acting Solicitor General*
CHRISTOPHER J. BAUM, B.C.S.
KEVIN A. GOLEMBIEWSKI
  *Senior Deputy Solicitors General*

*Counsel for Appellee*

# CERTIFICATE OF INTERESTED PERSONS

Appellee certifies to the best of its knowledge that the following is a complete list of interested persons:

- Americans for Immigrant Justice, Inc.
- Baum, Christopher
- Bell, Jason
- Brady Center to Prevent Gun Violence
- Campbell, Colton
- Carter, Janet
- Civil Rights Defense Fund
- DeSousa, Jeffrey P.
- District of Columbia
- Dixon, Courtney
- Everytown for Gun Safety Support Fund
- Firearms Policy Coalition
- Fitzpatrick, Hon. Martin A.
- Florida Attorney General's Office
- Florida Department of Law Enforcement
- FPC Action Foundation
- Giffords Law Center to Prevent Gun Violence

- Glass, Mark

- Golembiewski, Kevin

- Gould, D. Wil

- Greenlee, Joseph

- Harris, Jeffrey M.

- Hasson, James F.

- Hemmer, Alex

- Jenks, Madeline

- Kivett, Sophie A.

- Lamar, William Chadwick

- Laverne, Darren

- LoCurto, Clifford V.

- Lowy, Jonathan

- March for our Lives Action Fund

- Mayfield, Robert C.

- National Rifle Association of America, Inc.

- Nation Shooting Sports Foundation, Inc.

- Newhall, Timothy

- NRA Civil Rights Defense Fund

- Orange Ribbons for Gun Safety

- Porter, James W.

- Rice, Michael L.

- State of California

- State of Colorado

- State of Connecticut

- State of Delaware

- State of Hawaii

- State of Illinois

- State of Maryland

- State of Massachusetts

- State of Michigan

- State of Minnesota

- State of Nevada

- State of New Jersey

- State of New Mexico

- State of New York

- State of North Carolina

- State of Oregon

- State of Pennsylvania

- State of Rhode Island

- State of Vermont

- State of Washington

- Strawbridge, Patrick N.

- Sukhia, Kenneth W.

- Swearingen, Richard

- Sweeney, John Parker

- Team Enough

- Teegen Elizabeth

- United States of America

- Uthmeier, James

- Walker, Hon. Mark E.

# MOTION TO WITHDRAW AS COUNSEL

Counsel for Appellee, Commissioner, Florida Department of Law Enforcement, respectfully request leave to withdraw Mr. Henry Whitaker. Mr. Whitaker's last day with the Florida Office of the Attorney General was January 17, 2025. Appellee will continue to be represented by Jeffrey P. DeSousa, Christopher J. Baum, and Kevin A. Golembiewski.

Dated: March 11, 2025                    Respectfully submitted,

                                                                JAMES UTHMEIER
                                                                   *Attorney General*

                                                                   */s/ Jeffrey P. DeSousa*
                                                                   JEFFREY P. DESOUSA
                                                                   *Acting Solicitor General*
                                                                   CHRISTOPHER J. BAUM
                                                                   KEVIN A. GOLEMBIEWSKI
                                                                   *Senior Deputy Solicitors General*

                                                                   Office of the Attorney General
                                                                   PL-01, The Capitol
                                                                   Tallahassee, FL 32399-1050
                                                                   (850) 414-3681
                                                                   (850) 410-2672 (fax)
                                                                   *jeffrey.desousa@myfloridalegal.com*

                                                                   *Counsel for Appellee*

# CERTIFICATE OF COMPLIANCE

1. This document complies with the length limitations in Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the part exempted by Federal Rule of Appellate Procedure 32(f), it contains 51 words.

2. This document complies with the typeface and type-style requirements in Federal Rule of Appellate Procedure 27(d), Federal Rule of Appellate Procedure 32(a)(5), and Federal Rule of Appellate Procedure 32(a)(6), because it has been prepared in a proportionally spaced typeface in 14-point Garamond font using Microsoft Word.

*/s/ Jeffrey P. DeSousa*
Acting Solicitor General

# CERTIFICATE OF SERVICE

I certify that on March 11, 2025, I electronically filed this Motion to Withdraw with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Jeffrey P. DeSousa*
Acting Solicitor General
