# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 20, 2025

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

    Re:  National Rifle Association, Incorporated
          v. Mark Glass, Commissioner, Florida Department of Law Enforcement
          No. 24-1185
          (Your No. 21-12314)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 16, 2025 and placed on the docket May 20, 2025 as No. 24-1185.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst